UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**GEORGE TELFORD, SR., and VICTORIA TELFORD, individually and as next friend to her minor children, K.H. and Z.T.,**

**Plaintiffs,**

**v.** **Case No. 25-C-500**

**UNITED STATES OF AMERICA,**

**Defendant.**

---

# ORDER

---

Plaintiffs George Telford, Sr., and Victoria Telford, individually and as next friend to her minor children, K.H. and Z.T., brought this action under the Federal Tort Claims Act against Defendant the United States of America, alleging that a United States Postal Service vehicle collided with Plaintiffs' vehicle, causing injury to them. Dkt. No. 1 ¶ 8. On October 14, 2026, Plaintiffs' counsel filed a motion to withdraw as counsel of record. Dkt. No. 44. Plaintiffs' counsel stated only that "professional considerations require counsel to withdraw" and requested that if the Court required additional information, they be allowed to provide it *in camera*. *Id.* at 2. The Court scheduled a motion hearing by Zoom video conference for October 28, 2026, at 11:00 a.m. Defendant then filed a response arguing that withdrawal would have a material adverse effect on Plaintiffs and that Plaintiffs' counsel had failed to show good cause. Dkt. No. 45 at 2. Defendant requested that the Court order Plaintiffs to appear personally at the October 28 hearing. *Id.* at 3.

Pursuant to Federal Rule of Civil Procedure 16, the Court directs Plaintiffs George Telford, Sr., and Victoria Telford to appear via Zoom at the video conference hearing scheduled for October 28, 2026, at 11:00 a.m. Plaintiffs' counsel shall provide a copy of this order to both Plaintiffs along with the information necessary to participate in the Zoom session.

**SO ORDERED** at Green Bay, Wisconsin this 20th day of October, 2026.

William C. Griesbach
United States District Judge